UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Johanna Garcia,

                      Plaintiff,

-against-

Commissioner of Social Security,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2020

1:19-cv-09328 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       The Court is in receipt of a motion to dismiss Plaintiff's Complaint filed by the Commissioner on January 22, 2020. (*See* ECF Nos. 11-14.) The *pro se* Plaintiff shall respond to the Commissioner's motion no later than February 21, 2020. The Commissioner shall reply no later than March 6, 2020. If Plaintiff fails to file a timely response to the Commissioner's motion, the Court will consider the Commissioner's motion fully briefed.

       In addition, the Court strongly encourages Plaintiff to consult a legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. The Clinic will be able

to provide pro se Plaintiff with basic information about the legal process. A party without legal representation can make an appointment in person or by calling 212-659-6190.

The Clerk of the Court is instructed to mail this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED:  New York, New York
        January 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge