UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Johanna Garcia,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/28/2020___
```

19 Civ. 9328 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 20, of the Honorable Stewart D. Aaron, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, the Commissioner's motion to dismiss is GRANTED.

    The Clerk of Court is directed to terminate the motion at ECF No. 11 and close the case.

    Chambers will mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated:  May 28, 2020
          New York, New York

_____
ANALISA TORRES
United States District Judge