UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Johanna Garcia,

                Plaintiff,

      -against-

Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

19 **CIVIL** 9328 (AT)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2020, the R&R is ADOPTED in its entirety. The Commissioner's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       May 28, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**
                                                           **Deputy Clerk**